# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135881

IN RE SZANTO KADO-DESHAWN BROWN,
Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

                                              SC: 135881
                                              COA: 277791
                                              Oakland CC
                                              Family Division: 06-727652-NA

LINDA NICKSON,
       Respondent-Appellant,

and

KENNETH BROWN,
       Respondent.

_____/

On order of the Court, the application for leave to appeal the January 29, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2008

d0311

_____
Clerk